In the Matter of the Judicial Settlement of the Account of Proceedings, etc., of FRANCIS W. MURRAY, JR., and JOSEPH MERRITT, as Trustees, etc., of GEORGE W. MURRAY, Deceased. FRANCIS W. MURRAY, JR., and JOSEPH MERRITT, as Trustees, Appellants; GEORGE W. CRUMMEY and Others, Respondents.— Decree of the Surrogate's Court of Orange county unanimously affirmed, with costs to respondents payable out of the estate. There is no statutory power possessed

---

* See Laws of 1901, chap. 466, § 992, as added by Laws of 1915, chap. 606.— [REP.

by the surrogate to give advice and directions to testamentary trustees with respect to the sale of property. Present — Young, Lazansky, Hagarty, Seeger and Carswell, JJ.